## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| AMBER SHOVER, | |
| Plaintiff, | Case No. 1:17-cv-04007-JMS-MJD |
| v. | Honorable Judge Jane Magnus-Stinson |
| TRANSWORLD SYSTEMS, INC., | |
| Defendant. | |

## AGREED STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, AMBER SHOVER, and the Defendant, TRANSWORLD SYSTEMS, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice, against TRANSWORLD SYSTEMS, INC., pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: March 30, 2018                                   Respectfully Submitted,

**AMBER SHOVER**                                          **TRANSWORLD SYSTEMS, INC.**

*/s/ Marwan R. Daher*                                     */s/ Morgan I. Marcus (with consent)*
Marwan R. Daher                                            Morgan I. Marcus
*Counsel for Plaintiff*                                    *Counsel for Defendant*
Sulaiman Law Group, LTD                                    Sessions, Fishman, Nathan & Israel, LLC
2500 S. Highland Avenue, Suite 200                         120 South LaSalle, Suite 1960
Lombard, Illinois 60148                                    Chicago, IL 60603
Phone: (630) 575-8181                                      Phone: (312) 578-0994
mdaher@sulaimanlaw.com                                     mmarcus@sessions.legal