## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

AMBER SHOVER,

Plaintiff,

v.

TRANSWORLD SYSTEMS, INC.,

Defendant.

Case No. 1:17-cv-04007-JMS-DLP

Honorable Judge Jane Magnus-Stinson

## ORDER OF DISMISSAL

Plaintiff, AMBER SHOVER ("Plaintiff"), by and through her attorneys, SULAIMAN

LAW GROUP, LTD., having filed with this Court her Agreed Stipulation of Dismissal with

Prejudice and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby

dismissed, with prejudice.


Date: 4/2/2018

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

DISTRIBUTION:

Marwan R. Daher
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
(630) 575-8181
mdaher@sulaimanlaw.com

Morgan I. Marcus
Sessions, Fishman, Nathan & Israel, LLC
120 South LaSalle, Suite 1960
Chicago, IL 60603
Phone: (312) 578-0994
mmarcus@sessions.legal